# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE COLEMAN,<br><br>**Plaintiff**<br><br>v.<br><br>**SONORA COMMUNITY HOSPITAL**<br>**d/b/a Adventist Health Sonora,**<br><br>**Defendant** | CASE NO. 1:21-CV-0706 AWI SKO<br><br>**ORDER DIRECTING PARTIES TO ARBITRATION and ORDER CLOSING CASE**<br><br>(Doc. No. 6) |

On June 7, 2021, the parties filed a stipulation that *inter alia* requested that the Court order them to binding arbitration and to stay this matter pending arbitration. See Doc. No. 6. Because all claims involved in this case were to be sent to arbitration, the Court ordered the parties to file a supplemental brief that explained why a stay of this case was preferable to a dismissal. See Doc. No. 7. The Court informed the parties that if they did not respond to the Court's order, the Court would construe the parties' silence as a representation that there are no objections to dismissal. See id.  The time for the parties to respond has now passed, and no supplemental information was filed by the parties. Therefore, the Court deems the parties to have no objection to the Court ordering the parties to arbitration and dismissing this case.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the stipulation of the parties (Doc. No. 6), the parties SHALL SUBMIT all claims pending in this matter to binding arbitration;
2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:  June 15, 2021                                  _____
                                                                                    SENIOR DISTRICT JUDGE